**Order entered December 10, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01042-CV

**TEXAS INSTRUMENTS, INC., Appellant**

**V.**

**ALESSANDRO UDELL, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-03191**

## ORDER

We **GRANT** appellant's December 8, 2014 unopposed third motion for an extension of time to file a brief. Appellant shall file its brief by **DECEMBER 12, 2014**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE